## Graff, Appellant, *v.* Ridley Township.

Argued November 16, 1943. Before KELLER, P. J., BALDRIGE, STADTFELD, HIRT, KENWORTHEY and RENO, JJ. (RHODES, J., absent).

*Donald H. Hamilton,* with him *Edward D. McLaughlin,* for appellant.

*Ellwood J. Turner,* with him *R. Paul Lessy,* Township Solicitors, and *William H. Turner,* for appellee.

OPINION BY RENO, J., January 27, 1944:

The facts in this case are similar to those in *Brunke v. Township of Ridley*, 154 Pa. Superior Ct. 182, 35 A. 2d 751, decided this day, except that, in addition to the claim for consequential damages, there is a claim for a portion of appellant's land which was actually taken in the construction of the sewer. The viewers awarded appellant $487.50 for consequential damages and $50 for the value of the property taken. Upon exceptions, the court below disallowed the consequential damages and confirmed the award for $50.

The principles discussed in the *Brunke* case are equally applicable here, and for the reasons there stated.

The judgment is affirmed.